UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**KAREN RAE GIBSON,**

      **Plaintiff,**

      v.                                  Case No. 2:15-cv-00061
                                            JUDGE GREGORY L. FROST
                                            Magistrate Judge Terence P. Kemp

**COMMISSIONER OF
SOCIAL SECURITY,**

      **Defendant.**

**ORDER**

      This matter is before the Court for consideration of the parties' stipulation for award of attorney fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412. (ECF No. 25.) Pursuant to that stipulation, Plaintiff is awarded attorney fees in the amount of $3,687.50 and costs in the amount of $400.00. The award satisfies all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412 in this case. If counsel for the parties can verify that Plaintiff owes no pre-existing debt subject to offset, the Defendant agrees to direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff and counsel.

      **IT IS SO ORDERED**.

                                                            **/s/ Gregory L. Frost**
                                                           **GREGORY L. FROST**
                                                           **UNITED STATES DISTRICT JUDGE**